IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-0212-AP

DERRICK GAINES,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:      Joseph A. Whitcomb
                       Rocky Mountain Disability Law Group

For Defendant:     John F. Walsh, U.S. Attorney
                       J. Benedict Garcia, Assistant U.S. Attorney
                       M. Thayne Warner, Special Assistant U.S. Attorney

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed:      1/27/2014

    B.    Date Complaint Was Served on U.S. Attorney's Office: 5/16/2014

    C.    Date Answer and Administrative Record Were Filed:    7/2/2014

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The administrative record has been filed. The parties believe the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate filing any additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe that this case raises any unusual claims.

**7.     OTHER MATTERS**

This case is not on remand from a judicial decision.

**8.     BRIEFING SCHEDULE**

| | | | |
|---|---|---|---|
| | A. | Plaintiff's Opening Brief Due: | **Thursday, August 21, 2014** |
| | B. | Defendant's Response Brief Due: | **Monday, September 22, 2014** |
| | C. | Plaintiff's Reply Brief (If Any) Due: | **Tuesday, October 7, 2014** |

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

A.   Plaintiff's Statement:        Plaintiff does not request oral argument.

B.   Defendant's Statement:    Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.   ( )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   ( x )   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 22nd day of _July, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| APPROVED: | John F. Walsh |
| --- | --- |
| | United States Attorney |
| | |
| | J. Benedict Garcia |
| | Assistant U.S. Attorney |
| | U.S. Attorney's Office, District of Colorado |
| | |
| /s/ Joseph A. Whitcomb | /s/ M. Thayne Warner |
| Joseph A. Whitcomb | By: M. Thayne Warner |
| Rocky Mountain Disability Law Group | Special Assistant U.S. Attorney |
| 1391 Speer Blvd., Suite 305 | 1961 Stout Street, Suite 4169 |
| Denver, CO 80204 | Denver, CO 80249-4003 |
| (303) 534-1958 | (303) 844-7237 |
| joe@rmdlg.com | thayne.warner@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |