IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 1:14-cv-0212-AP

DERRICK GAINES,
    Plaintiff,

v.

CAROLYN COLVIN,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
    Defendant.

## ORDER OF DISMISSAL

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion for Dismissal of Appeal of Commissioners denial of Social Security benefits [doc. #15], filed September 4, 2014, is GRANTED. Plaintiff's case is dismissed with prejudice.

Dated: September 4, 2014

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court